DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Defendant Hartford Insurance Company of the Midwest*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT GORSKI,<br><br>                    Plaintiff,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, a foreign corporation; and DOE INDIVIDUALS I-X, inclusive, and ROE ENTITIES I-X, inclusive,<br><br>                    Defendants. | Case No.: 2:19-cv-01146-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Vincent Gorski and Hartford Insurance Company of the Midwest stipulate to dismiss this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 3rd day of June, 2020.

. . .

. . .

. . .

**IT IS SO ORDERED.**

Dated this __3__ day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

52313362;1

*Vincent Gorski vs. Hartford Insurance Company of the Midwest*
*2:19-cv-01146-GMN-EJY*

| **AKERMAN LLP** | **WALSH & FRIEDMAN, LTD.** |
|---|---|
| */s/ Scott R. Lachman* | */s/ Matthew P. Pawlowski* |
| DARREN T. BRENNER, ESQ. | ROBERT J. WALSH, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 3836 |
| SCOTT R. LACHMAN, ESQ. | MATTHEW P. PAWLOWSKI, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 9889 |
| 1635 Village Center Circle, Suite 200 | 400 S. Maryland Parkway |
| Las Vegas, NV 89134 | Las Vegas, Nevada 89101 |
| *Attorneys for Defendant Hartford Insurance Company of the Midwest* | *Attorneys for Plaintiff Vincent Gorski* |

52313362;1